*Friday, January 24, 1997*

## MOTION DOCKET

**97–141 and 96–2872. State v. Raglin.**
This cause is pending before the court as an appeal from the Court of Common Pleas of Hamilton County, Supreme Court case No. 96–2872, and as an appeal from the Court of Appeals for Hamilton County, Supreme Court case No. 97–141. Upon consideration of appellant's motion to consolidate case Nos. 97–141 and 96–2872,

IT IS ORDERED by the court that the motion to consolidate be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the parties shall combine the briefing of case Nos. 97–141 and 96–2872 and file one brief for each brief permitted under S.Ct.Prac.R. XIX(5). The parties shall file an original of each brief in case No. 97–141 and in case No. 96–2872 and a total of eighteen copies. The parties shall otherwise comply with the provisions of S.Ct.Prac.R. XIX and any other applicable Rules of Practice.

## DISCIPLINARY DOCKET

**95–2533. Lake Cty. Bar Assn. v. Endres.**
On January 13, 1997, relator filed a document titled "Petition for revocation of probation, reinstatement of suspension and citation for contempt." Whereas Gov.Bar R. V(9)(F) requires that petitions for revocation of probation be filed with the Board of Commissioners on Grievances and Discipline,

IT IS ORDERED by the court, *sua sponte,* that the document be, and hereby is, stricken.